**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, wes@cjmlv.com
*Attorneys for the Boards of Trustees of the*
*Southern Nevada Cement Masons Trusts*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| Board of Trustees of the Cement Masons and Plasterers Health and Welfare Trust; Board of Trustees of the Cement Masons and Plasterers Joint Pension Trust; Board of Trustees of the Cement Masons and Plasterers Vacation Savings Plan Trust; Board of Trustees of the Operative Plasterers and Cement Masons International Association Local 797 Apprentice and Journeyman Training Trust; Board of Trustees of the Operative Plasterers and Cement Masons International Association Training Fund; Painting and Decorating Contractors Association Contract Administration and Industry Fund,<br><br>                           Plaintiffs,<br><br>vs.<br><br>Arenas, Parks & Stadiums Solutions, Inc., aka Arenas Parks and Stadiums Solutions Inc, a foreign corporation; Suretec Insurance Company, a foreign corporation; DOES 1–10 & ROES 1–10;<br><br>                           Defendants. | CASE NO.: 2:19-cv-01362-JCM-BNW<br><br><br><br><br><br>**STIPULATION TO DISCLOSE PAYROLL RECORDS AND TO STAY CASE AS TO DEFENDANT ARENAS, PARKS & STADIUMS SOLUTIONS, INC. FOR A PERIOD NOT TO EXCEED 60 DAYS** |

IT IS HEREBY STIPULATED AND AGREED between the Parties to this Stipulation (Plaintiffs and Defendant ARENAS, PARKS & STADIUMS SOLUTIONS, INC. ("APSS")), as follows:

1. APSS, acting through its duly-appointed Chief Operating Officer, Vincent Caccamo, acknowledges that it was served with a copy of the Summons and Complaint in this action on October 1, 2019, as shown by the Affidavit of Service filed with the Court (ECF No. 5);

2. APSS has not yet filed an answer, responsive pleading, or otherwise appeared in this action;

3. APSS acknowledges that one form of relief sought by the Plaintiffs in this Case is an Order compelling APSS to disclose to Plaintiffs certain information, including payroll records covering APSS' operations for the months of November 2017 and May 2018 (the "Records");

4. APSS has not disclosed the Records to the Plaintiffs and declares that it prefers to promptly and informally disclose the Records to Plaintiffs' counsel rather than appearing immediately in the Case and disclosing the Records through formal discovery proceedings;

5. The Parties have therefore executed this Stipulation intended to stay the Case as to APSS for a period of not more than sixty (60) days from the date on which the fully executed Stipulation is filed by Plaintiffs with the Court (the "Stay"), during which period of time APSS shall disclose the Records to Plaintiffs' counsel and Plaintiffs shall endeavor to use the Records to complete a compliance review of APSS' payroll practices;

6. While the Parties agree that Plaintiffs may cause the Stay to terminate early by notifying APSS of Plaintiffs' desire to terminate the Stay in an email sent to Vincent Caccamo (vinny@apssolutions2012.com), the Stay may be extended beyond sixty (60) days only by written Order of the Court;

7. Upon approval of this Stipulation by the Court, the Stay proposed by the parties shall be in effect for up to sixty (60) calendar days after the date on which this

Stiplation is filed by Plaintiffs, and while the Stay remains in effect, APSS shall have no obligation to appear, answer or otherwise respond to the Complaint;

8. APSS shall file its answer or other response to the Complaint not later than twenty one (21) days following the date on which the Stay terminates;

9. APSS reserves all rights, claims, and defenses in this action.

**ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED and done this  8th  day of  January , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

[PARTY SIGNATURES FOLLOW]

Dated: January _____, 2020.

CHRISTENSEN JAMES & MARTIN

By: _____
Daryl E. Martin, Esq.
Attorneys for Plaintiffs *Southern Nevada Cement Masons Trusts*

Dated: January _____, 2020.

ARENAS, PARKS & STADIUMS SOLUTIONS, INC.

By: _____
Vincent Caccamo, Chief Operating Officer
Email: Vinny@apssolutions2012.com
Cell: (914) 346-2366

Stiplation is filed by Plaintiffs, and while the Stay remains in effect, APSS shall have no obligation to appear, answer or otherwise respond to the Complaint;

8. APSS shall file its answer or other response to the Complaint not later than twenty one (21) days following the date on which the Stay terminates;

9. APSS reserves all rights, claims, and defenses in this action.

## ORDER

Good cause appearing, IT IS SO ORDERED.

DATED and done this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

[PARTY SIGNATURES FOLLOW]

Dated: January __6__, 2020.

CHRISTENSEN JAMES & MARTIN

By: _____
Daryl E. Martin, Esq.
Attorneys for Plaintiffs *Southern Nevada Cement Masons Trusts*

Dated: January _____, 2020.

ARENAS, PARKS & STADIUMS SOLUTIONS, INC.

By: _____
Vincent Caccamo, Chief Operating Officer
Email: Vinny@apssolutions2012.com
Cell: (914) 346-2366

-3-