UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST, et al., | Case No. 2:19-CV-1362 JCM (BNW) |
| | ORDER |
| Plaintiff(s), | |
| v. | |
| ARENAS, PARKS & STADIUM SOLUTIONS, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Board of Trustees of the Cement Masons and Plasterers Health and Welfare Trust et al. v. Arenas, Parks & Stadiums Solutions, Inc. et al.*, case number 2:19-cv-01362-JCM-BNW.

On January 6, 2020, the parties stipulated to disclose payroll records and to stay the case as to defendant Arenas, Parks & Stadiums Solutions, Inc. ("APSS") for a period not to exceed 60 days, which the court granted. (ECF Nos. 6; 7). Nearly 90 days have elapsed, and no action has been taken in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that APSS shall file, within 7 days of this order, a status report regarding this action.

DATED April 3, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**