**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, wes@cjmlv.com
*Attorneys for the Boards of Trustees of the Southern Nevada Cement Masons Trusts*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| Board of Trustees of the Cement Masons and Plasterers Health and Welfare Trust, et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>Arenas, Parks & Stadiums Solutions, Inc., aka Arenas Parks and Stadiums Solutions Inc, a foreign corporation; Suretec Insurance Company, a foreign corporation; DOES 1–10 & ROES 1–10;<br><br>Defendants. | CASE NO.: 2:19-cv-01362-JCM-BNW<br><br><br>**STIPULATION TO DISMISS DEFENDANT SURETEC INSURANCE COMPANY WITH PREJUDICE** |

Plaintiffs and Defendant SURETEC INSURANCE COMPANY ("SureTec"), each acting through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims asserted herein by Plaintiff against Defendant SureTec shall be and are hereby dismissed with prejudice, with Plaintiffs and SureTec bearing their own attorneys' fees and costs, except that SureTec does not waive and reserves its right to recover attorneys' fees and costs as well as other losses against any bond indemnitor. This Stipulation

/ / /

/ / /

1  to Dismiss shall have no effect on claims asserted by Plaintiffs against parties other than
2  Defendant SureTec.

4  Dated:  August 6, 2020.                                       Dated:  August 6, 2020.

5  CHRISTENSEN JAMES & MARTIN        THE FAUX LAW GROUP

6  By:    /s/ Daryl E. Martin                                        By:    /s/ Kurt Faux
   Daryl E. Martin, Esq.  (NV Bar No. 6735)         Kurt Faux, Esq. (Nevada Bar No. 3407)
7  7440 West Sahara Ave.                                    2625 N. Green Valley Pkwy., Suite 100
   Las Vegas, NV 89117                                        Henderson, NV  89014
8  Tel. (702) 255-1718                                            Tel. (702) 458-5790
   Email dem@cjmlv.com                                     Email kfaux@fauxlaw.com
9  Attorneys for Plaintiffs *SOUTHERN*            Attorneys for Defendant *SURETEC*
10 *NEVADA CEMENT MASONS TRUSTS*         *INSURANCE COMPANY*

### **ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED  August 10, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

CHRISTENSEN JAMES & MARTIN

By:    /s/ Daryl E. Martin
Daryl E. Martin, Esq. (NV Bar No. 6735)
7440 West Sahara Ave.
Las Vegas, NV 89117
Tel. (702) 255-1718
Email dem@cjmlv.com
Attorneys for Plaintiffs

-2-