AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
CEMENT MASONS, et al

                Plaintiffs,

    v.

ARENAS, PARKS & STADIUMS
SOLUTIONS, INC

                Defendant.

**DEFAULT**

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-CV-1362 JCM (BNW)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiffs and against Defendant Arenas, Parks & Stadiums Solutions, Inc. in the amount of $21,092.19.

November 12, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk